# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Vivian C. Mitchell, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00035-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Iona Ivey | ) | |
| Convergys Corporation, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 21, 2015 Order.

Signed: October 22, 2015

Frank G. Johns, Clerk
United States District Court